**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TIMOTHY BROWN                                                                  PLAINTIFF

v.                             NO. 3:05CV00106-JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                         DEFENDANT

**ORDER**

Defendant has filed an unopposed motion to remand this case pursuant to sentence four of 42 U.S.C. § 405(g) (1995):

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner seeks remand to obtain evidence from a vocational expert, to evaluate the consultative examination by Dr. Kumar, and for further development of the record. Under the circumstances, a sentence four remand is appropriate. *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

Accordingly, it is hereby ORDERED that Defendant's unopposed motion to remand (docket #13) is hereby granted. This is a "sentence four" remand. This dismissal is without prejudice to Plaintiff's subsequent filing for attorney's fees under the Equal Access to Justice Act.

DATED this 14th day of July, 2006.

                                                      /s/ John F. Forster Jr.
                                                      UNITED STATES MAGISTRATE JUDGE