### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

TIMOTHY BROWN                                                      PLAINTIFF

v.                                 NO. 3:05CV00106-JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                     DEFENDANT

### **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Defendant's motion to remand is granted.

SO ADJUDGED this 14th day of July, 2006

_____
UNITED STATES MAGISTRATE JUDGE